UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

EMMONS-SHEEPSHEAD BAY DEVELOPMENT LLC,

Debtor.
---------------------------------------------------------x

Chapter 11

Case No. 12-46321 (ESS)

SCHEDULING ORDER

Counsel for the Debtor and counsel for Metropolitan Estates, Inc., Albert Wilk and Alex Dikman having appeared before this Court on April 11, 2013 and the Court having heard from the parties with respect to scheduling matters in this case; and after due deliberation it is hereby ORDERED, that:

1) The parties shall serve their respective discovery requests pursuant to Bankruptcy Rules 2004, 7033 and/or 7034, whichever is appropriate, on or before April 26, 2013 and responses thereto shall be served by the respective parties on or before May 31, 2013; and it is further

2) ORDERED, that the parties shall serve their respective notices of deposition or notice of 2004 examination, whichever is appropriate, on or before June 21, 2013; and it is further

3) ORDERED, that all discovery shall be noticed by June 28, 2013; and it is further

4) ORDERED, that the parties shall appear at a status conference on May 28, 2013 at 9:30 a.m.; and it is further

5) ORDERED, that the upon request of either party, the parties may stipulate to modifications of this Scheduling Order without approval of the court which modifications must be set forth in writing and acknowledged by all Parties. In the absence of agreement between the parties, either party shall have the right to unilaterally move the Court accordingly, or, in the interests of judicial economy request a telephonic conference with the Court for a ruling on any modification request.

**CONSENTED TO BY:**

Dated: April 24, 2013

Metropolitan Estates, Inc., Albert Wilk and Alex Dikman
By their counsel
Law Offices of Alla Kachan P.C.

/s/ Alla Kachan
ALLA KACHAN
415 Brighton Beach Avenue
Brooklyn, New York 11235
(718) 513-3145

Dated: April 24, 2013

Emmons Sheepshead Bay Development LLC
By its counsel
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

/s/ Lori Schwartz
LORI SCHWARTZ
875 Third Avenue
New York, New York 10022
(212) 603-6300




**Dated: Brooklyn, New York**
**April 26, 2013**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

{00620077.DOC;3 }