# Law Offices of Alla Kachan, P.C.

415 Brighton Beach Avenue

2nd Floor

Brooklyn, NY 11235

Phone (718)513-3145 Fax (347)342-3156

Re: Emmons –Sheepshead Bay Development LLC.,

June 27, 2013

Dear Honorable Judge Stong:

    Please be advised, with regard to the stalled settlement discussions in the above matter, late in the day on Monday, June 24th, the Defendants forwarded a new offer containing substantially the same terms, but changing the claim amount back to that offered orally in court. In the interest of still trying to reach a middle ground and without voicing numbers, we would like to put forth that the counter offer given to the Debtor is essentially the same waterfall structure as that proposed by the Debtor in their initial Plan and Financial Disclosure Statement. The one extra water fall amount proposed in the counteroffer, we are now willing to waive in the interest of settlement. The only other extra term added to the counteroffer, increased the amount of the consulting fees signed over to Metropolitan by Mr. Pinson, simply to account for the added condition requested by the Debtor in that Metropolitan waive all rights to future claims against Mr. Pinson personally. Furthermore, since the initial amounts offered under the waterfall structure were financially feasible to the Debtor within the financial framework of the plan, we respectfully submit that if Debtor was to return to the same waterfall structure with the newly offered claim amount to our clients, that would provide a satisfactory resolution and allow the reorganization to proceed.

Respectfully,

Alla Kachan.