UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                              Chapter 11

**EMMONS-SHEEPSHEAD BAY
DEVELOPMENT, LLC**                                                  Case No. 12-46321 (ESS)

                                   Debtor.
------------------------------------------------------------X

### ORDER FOR RETENTION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. AS ATTORNEYS FOR DEBTOR

**Upon** the application of the above-named debtor (the "Debtor") praying for authority to employ and appoint **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** to represent the Debtor herein (the "Application"); and upon the affidavit of **A. Mitchell Greene, Esq.** and the affirmation of **Jacob Pinson,** duly sworn to or affirmed to, and it appearing that **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** represents no interest adverse to the Debtor or to its estate in the matters upon which they are to be engaged, and that their employment is necessary and would be in the best interests of the estate; it is

**ORDERED**, that the Debtor be, and it hereby is, authorized to employ and appoint **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** as attorneys to represent it effective as of August 30, 2012, the Petition Date, and to provide the professional services as more fully set forth in the Application in the within proceedings pursuant to Sections 327 and 1107 of the Bankruptcy Code; and it is further

ORDERED, that the compensation of the firm of **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**, as attorneys for the Debtor, shall be fixed by this Court after application and in the manner prescribed by Sections 330 and 331 of the Bankruptcy Code; and it is further

ORDERED, that **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** reserves the right to amend its hourly rates, but agrees that to the extent it wishes to raise its rates it will do so on notice to any committee appointed in this case, the Office of the United States Trustee and any other parties in interest.

DATED:   Brooklyn, New York
~~September~~ *December 4*, 2012

> HONORABLE ELIZABETH S. STONG
> UNITED STATES BANKRUPTCY JUDGE

**NO OPPOSITION:**

**Office of United States Trustee**

By: /s/*Marylou Martin*
    Marylou Martin    11/21/12



Dated: Brooklyn, New York
December 4, 2012

Elizabeth S. Stong
**United States Bankruptcy Judge**