# EXHIBIT A

**(Certification)**

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-6300
Facsimile: (212) 956-2164

Hearing Date: August 15, 2013 at 9:00 a.m.

*Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X
In re:                                           :   Chapter 11
                                                 :
                                                 :   Case No.: 12-46321 (ESS)
EMMONS SHEEPSHEAD BAY                            :
DEVELOPMENT LLC,                                 :
                       Debtor.                   :
                                                 :
------------------------------------------------ X

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FIRST AND FINAL APPLICATION OF ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C. FOR FINAL AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

A. Mitchell Greene hereby certifies that:

1. I am a partner with the applicant firm, Robinson Brog Leinwand Greene Genovese & Gluck P.C. ("RBLGGG"), designated with responsibility for the chapter 11 case of Emmons Sheepshead Bay Development LLC (the "Debtor") in respect of compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines") and the Order authorizing my firm's retention as counsel to the Debtor in this case.

2. This certification is made in respect of RBLGGG's application, dated July 30, 2013 (the "Application"), for final compensation and reimbursement of expenses for the period commencing July 11, 2012 through and including June 30, 2013 (the "Compensation Period") in accordance with the Guidelines.

3. I certify that the Debtor and the Office of the United States Trustee for the Eastern District of New York have been provided with a copy of the fee application and the exhibits thereto, as well as a copy of the detailed billing records at least 14 days before the date set by this Court for a hearing on the Application.

4. I certify that:
    a. I have read the Application;

    b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the UST Guidelines;

    c. the fees and disbursements sought are billed at rates in accordance with those customarily charged by RBLGGG and generally accepted by RBLGGG's clients; and

    d. in providing a reimbursable service, RBLGGG does not make a profit on that service, whether the service is performed by RBLGGG in-house or through a third party.

5. I certify that RBLGGG has complied with the provisions requiring it to provide the Debtor with a statement of RBLGGG's fees and disbursements accrued during the previous month within the required timetables which included a list of the professionals and others providing services, their respective rates, hours spent by each, a description of the services rendered and a breakdown of the disbursements incurred.

Dated: New York, New York
July 30, 2013

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
**Attorneys for the Debtor**
875 Third Avenue
New York, New York 10022
Tel. No.: 212-603-6300

By: _____
A. Mitchell Greene