# EXHIBIT B

## PROFESSIONAL SERVICES SUMMARY

| NAME OF PROFESSIONAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Adam J. Greene Associate | 2009 | $360 | 7.6 | $2,736.00 |
| A Mitchell Greene Partner | 1979 | $600 | 119.40 | $71,640.00 |
| Lori Schwartz Partner | 1998 | $0 (6 hours); $450 (442.80) | 448.80 | $199,260.00 |
| Robert R. Leinwand Partner | 1974 | $600 | 6.1 | $3,660.00 |
| Kavneet Sethi Associate | 2012 | $275(31.4 hrs); $340 (2.40) | 33.8 | $9,451.00 |
| Robert Sasloff Of Counsel | 1990 | $0 (.1 hrs); $450 (12.9 hrs) | 13 | $5,805.00 |

| TOTAL FEES REQUESTED | | | 628.70 | $292,552 |
|---|---|---|---|---|

**Attorney Blended Rate = $465.33**