## EXPENSE SUMMARY

| EXPENSE | AMOUNTS |
|---|---:|
| Court Filing Fees | $1,076.00 |
| Pacer Fees | $51.90 |
| Messenger | $15.00 |
| Postage/Certified Mail | $478.03 |
| Overnight Deliveries | $248.65 |
| Duplicating | $1,197.76 |
| Local Travel | $14.00 |
| Telephone – Long Distance | $20.00 |
| Witness Fee | $90.00 |
| **Total Expenses Requested:** | **$3,191.34** |