# EXHIBIT D

# COMPENSATION BY WORK TASK

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| B002 | Business Operations | 1.1 | $462 |
| B003 | Case Administration | 271.8 | $132,560 |
| B004 | Claims Administration and Objections | 57.30 | $25,950 |
| B005 | Fee/Employment Matters | 8.7 | $3,915 |
| B006 | Financing | 52.6 | $23,927.50 |
| B007 | Litigation | 88.9 | $40,039 |
| B008 | Meetings of Creditors/Status Hearings | 11.7 | $5,265 |
| B009 | Plan and Disclosure Statement | 118.50 | $53,925 |
| B0010 | Relief from Stay Proceedings | 3.3 | $1,485 |
| B001 | Asset Disposition | 3.9 | $1,441 |
| B012 | Case Preparation | 10.9 | $3,582.50 |
| | **Total Fees Requested:** | **628.70** | **$292,552.00** |