| UNITED STATES BANKRUPTCY COURT | Hearing Date: August 15, 2013 |
|---|---|
| EASTERN DISTRICT OF NEW YORK | Time: 9:00 a.m. |

---------------------------------------------------------X

In Re:

EMMONS SHEEPSHEAD
BAY DEVELOPMENT LLC,   Confirmed Chapter 11
   Case No.12-46321 (ESS)

                Debtor.

---------------------------------------------------------X

# NOTICE OF HEARING TO CONSIDER APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE**, that a hearing will be held before the Honorable Elizabeth S. Stong, at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201 on **August 15, 2013 at 9:00 a.m.** (the "Hearing Date"), or as soon thereafter as counsel may be heard, to consider the application (the "Fee Application"), for allowance of compensation for professional services rendered and reimbursement of expenses incurred for the time periods as set forth below:

| **Applicant** | **Fees Requested** | **Reimbursement of Expenses** |
|---|---|---|
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. (counsel to the Debtor) **Final Fee Application** July 11, 2012 – June 30, 2013 | $292,552.00 (inclusive of $26,046 retainer and chapter 11 filing fee) | $3,191.34 |

**PLEASE TAKE FURTHER NOTICE**, that the Fee Application will be filed with the Court and may be examined with a password on the Bankruptcy Court's electronic filing system on the Internet at http://www.nyeb.uscourts.gov or by requesting a copy of the Fee Application from the undersigned counsel for the Debtor at the address set forth below.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Fee Application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to *general order* No. 462 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat, rider 3.0) at http://www.nyeb.uscourts.gov., and served so as to be received by the attorneys for the Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, 9th Floor, New York, New York 10022, Attention: A. Mitchell Greene, Esq., and the United States Trustee's Office, Eastern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Mary Lou Martin, Esq., no later than **seven (7) days** prior to the Hearing Date.

**DATED:** New York, New York
July 22, 2013

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**Attorneys for the Debtor**

By: /s/ A. Mitchell Greene
A. Mitchell Greene
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300