# AFFIDAVIT OF MAYER SALOMON

I, Inspector Mayer Salomon, am over the age of 18 and state the following under the penalties of perjury:

1. I am a licensed inspector and my license number is #160000621.

2. I am an inspector at Local Home Inspector, LLC located at 7161 Perri Lane, Brooklyn, New York 11234.

3. On June 28, 2013 at 3 p.m., I inspected four ground floor condo units located at 3144 Emmons Ave, Brooklyn, New York 11235.

4. I was only allowed access to these four units.

5. The four units inspected were adjacent to the structures parking lot.

6. All four units were thoroughly inspected by myself and I found all units to be completely dry with no signs of pervious water damage.

Dated: August 13, 2013

_____
Mayer Salomon

Dated: New York, New York

STATE OF NEW YORK, COUNTY OF NEW YORK : ss.:

On the 13th day of AUG, before me personally came and appeared MAYER SALOMON, to me personally known and known to me to be the individual described in and who executed the foregoing instrument, and who duly acknowledged to me that they executed same.

_____
UGOCHUKWU N. MARTINS
Notary Public, State of New York
No. 01MA6246013
Qualified in Kings County
Commission Expires August 6, 2015