| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>In re:<br><br>**EMMONS SHEEPSHEAD BAY**<br>**DEVELOPMENT, LLC**<br><br>　　　　　　　　　　　　　　　Debtor.<br><br>-------------------------------------------------------------X | **Hearing Date and Time:**<br>**January 14, 2014 at 10:30 a.m.**<br><br>Confirmed Chapter 11<br><br>Case No. 12-46321 (ESS) |

### NOTICE OF MOTION FOR ORDER IN AID OF CONFIRMATION
### AND GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE**, that upon the annexed application of **Emmons-Sheepshead Bay Development, LLC**, the reorganized debtor herein (the "Reorganized Debtor"), by its attorneys **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, dated December 23, 2013, a hearing (the "Hearing") will be held before **the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201 on January 14, 2014 at 10:30 A.M.** in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order in Aid of Confirmation of the Second Amended Plan of Reorganization of Emmons-Sheepshead Bay Development, LLC (the "Plan"), pursuant to Section 1142 of the title 11 of the United States Code (the "Bankruptcy Code") and Section 10.1 of the Plan, and for Related Relief.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the application, must be in writing setting forth the facts and authorities upon which an objection is based, filed with the Clerk of the Court, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, with a copy to Chambers, provided, however, that pursuant to

*general order* No. M-559 re Electronic Case Filing Procedures (as amended from time to time), entities with Internet access shall file objections (formatted with Adobe Acrobat, rider 3.0) at http://www. nyeb.uscourts.gov., and served so as to be received by the attorneys for the Reorganized Debtor, Robinson Brog Leinwand Greene Genovese & Gluck P.C., 875 Third Avenue, New York, New York 10022, Attention: Lori A. Schwartz, Esq., and the United States Trustee's Office, Eastern District of New York, 271 Cadman Plaza East, Room 4529, Brooklyn, New York 11201, Attention: Marylou Martin, Esq. no later than **seven (7) days** prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice except by announcement of such adjournment in open court on the date scheduled for the Hearing.

**DATED:**  New York, New York
             December 23, 2013

                                            **ROBINSON BROG LEINWAND GREENE**
                                             **GENOVESE & GLUCK P.C.**
                                            **Attorneys for Debtor**
                                            875 Third Avenue
                                            New York, New York 10022
                                            Tel. No.: (212) 603-6300

                                            By: /s/ A. Mitchell Greene
                                                 A. Mitchell Greene